FILED
IN CLERKS OFFICE

2023 APR -5 PM 2: 57

U.S. DISTRICT COURT
DISTRICT OF MASS

Nicholas A. Ritrovato
9 Wesley Park
Somerville, MA 02143
Mobile: (617) 767-2056
Home: (617) 764-5181
nicholas_ritrovato@yahoo.com

April 2, 2023

John Joseph Moakley U.S. Courthouse
The Honorable Judge Richard G. Stearns
1 Courthouse Way
Boston, MA 02210

RE: Ritrovato vs. Aloise Case #: 1-23-CV-10302-RGS

Judge Stearns,

My initial complaint indicates that some $6,000,000.00 in check fraud occurred. Several checks were presented multiple times for deposit. The relief sought is three times the original check proceeds of $6,000,000.00 totaling $18,000,000.00.

In order to present clear and convincing evidence that the fraud occurred and that Eastern Bank is responsible for the fraud the plaintiff requires pre-trial subpoena. In addition plaintiff seeks discovery to ascertain any damages beyond which have been otherwise reported by family and friends.

Since plaintiff is pro se in order to subpoena the defendant, Eastern Bank, a judge's signature and the courts participation is required. I am requesting Judge Stearn's signature and service of the attached subpoena on the defendant.

Best regards,

*N.A. Ritrovato, III*

Nicholas Ritrovato