**Nicholas A. Ritrovato**
9 Wesley Park
Somerville, MA  02143
Mobile: (617) 767-2056
Home: (617) 764-5181
nicholas_ritrovato@yahoo.com

FILED
IN CLERKS OFFICE

2023 APR -3  AM 11: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

March 30, 2023

John Joseph Moakley U.S. Courthouse
Judge Richard G. Stearns
1 Courthouse Way
Boston, MA 02210

RE:  Case #: 1-23-CV-10302-RGS

The Honorable Judge Stearns,

As a consequence of the defendant under an assumed identity I have been victimized by property theft by encroachment by the defendant. Since the death of the former assumed identity and his replacement with John Aloise I am experiencing an unparalleled breach of quiet enjoyment including nominee mortgage fraud a form of bank fraud where the assumed identity holds an enormous mortgage for an otherwise note free property over the heads of the residents and makes unreasonable demands.

I am requesting a cease and desist order in the use of the Ritrovato name and the use of the identity of Michael J. Ritrovato by John and Christine Aloise and any offspring. In addition a restraining order requiring each of them to reside somewhere else and to stay away from my properties.

I am also requesting a restraining order where the defendant has physical possession of the property on the second floor removing them and relocating them to another residence. Quite frankly they should be under arrest and be the Commonwealth's problem and not mine.

Consequently the mortgage would have to be cancelled and the banks insurance would be responsible given the identity theft and encroachment.

Best regards,

*N.A. Ritrovato, III*

Nicholas Ritrovato

# 1:23-cv-10302-RGS Ritrovato v. Aloise et al
Richard G. Stearns, presiding
Date filed: 02/07/2023
Date of last filing: 04/03/2023

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | *Filed:* 02/06/2023<br>*Entered:* 02/07/2023 | Complaint |
| 2 | *Filed:* 02/06/2023<br>*Entered:* 02/07/2023 | Motion for Leave to Proceed in forma pauperis |
| 3 | *Filed & Entered:* 02/07/2023 | Notice of Case Assignment |
| 4 | *Filed & Entered:* 04/03/2023 | Letter/request (non-motion) |

| PACER Service Center |||||
|---|---|---|---|---|
| Transaction Receipt |||||
| 04/04/2023 19:51:50 |||||
| PACER Login: | nichola3 | Client Code: | | |
| Description: | History/Documents | Search Criteria: | 1:23-cv-10302-RGS | |
| Billable Pages: | 1 | Cost: | 0.10 | |