**Nicholas A. Ritrovato**
9 Wesley Park
Somerville, MA 02143
Mobile: (617) 767-2056
Home: (617) 764-5181
nicholas_ritrovato@yahoo.com

April 14, 2023

John Joseph Moakley U.S. Courthouse
The Honorable Judge Richard G. Stearns
1 Courthouse Way
Boston, MA 02210

RE: Request for cease and desist order and restraining order Case #: 1-23-CV-10302-RGS

Judge Stearns,

The letter dated March 30, 2023, to the court was a request for court action. A motion requesting a cease and desist order and a restraining order. These orders would serve to end identity theft, illegal identity use, the illegal assumption of the identity of the Michael J. Ritrovato by John Aloise; to vacate the premises of 9 Wesley Park.

I have attached a copy.

Sincerely,

*N.A. Ritrovato, III*

Nicholas Ritrovato