Nicholas A. Ritrovato
9 Wesley Park
Somerville, MA 02143
Mobile: (617) 767-2056
Home: (617) 764-5181
nicholas_ritrovato@yahoo.com

FILED
IN CLERKS OFFICE

23 APR 21 PM 2: 23

U.S. DISTRICT
DISTRICT C.

April 19, 2023

John Joseph Moakley U.S. Courthouse
The Honorable Judge Richard G. Stearns
1 Courthouse Way
Boston, MA 02210

RE:  Ritrovato vs. Aloise Case #: 1-23-CV-10302-RGS
     Motion to surrender bank account at Eastern Bank to Nicholas A. Ritrovato, III

Judge Stearns,

This letter is a motion requesting Eastern Bank surrender all deposits in bank account(s) in the name of Michael J. Ritrovato to Nicholas A. Ritrovato, III. Accounts should be surrendered with a guaranteed check for the full value of all deposits in the account(s) payable to Nicholas A. Ritrovato, III and mailed to 9 Wesley Park Somerville, MA, 02143.

It would logically follow that this surrender of assets occur since Michael J. Ritrovato is no longer alive and assumption of identity has been attempted and resultant in the bank fraud which is the subject of this case. My prior motion for cease and desist and restraint is based on this fact.

Best regards,

*[signature: N.A. Ritrovato, III]*

Nicholas Ritrovato